Jason E. Mueller (*pro hac vice*)
JMueller@SheppardMullin.com
Galyn D. Gafford (*pro hac vice*)
GGafford@SheppardMullin.com
Robert E. Hough, II (*pro hac vice*)
RHough@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX  75201-6776
Telephone:     (469) 391-7400
Facsimile:      (469) 391-7401

Yasamin Parsafar (State Bar No. 287617)
YParsafar@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947

Attorneys for Plaintiff and Counterdefendant
PACIFIC COAST BUILDING PRODUCTS, INC.

LATHAM & WATKINS LLP
   Richard G. Frenkel (Bar No. 204133)
rick.frenkel@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone:    (650) 328-4600
Facsimile:     (650) 463-2600

Matthew J. Moore (*pro hac vice*)
   matthew.moore@lw.com
Adam M. Greenfield (*pro hac vice*)
   adam.greenfield@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
   rebecca.rabenstein@lw.com
Abigail A. Rives (*pro hac vice*)
   abigail.rives@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:    (202) 637-2200
Facsimile:     (202) 637-2201

Attorneys for Defendants
CERTAINTEED GYPSUM, INC. and SAINT GOBAIN PERFORMANCE PLASTICS CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>CERTAINTEED GYPSUM, INC. and SAINT GOBAIN PERFORMANCE PLASTICS CORP.,<br><br>            Defendant. | Case No. 5:18-cv-00346<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4.3**<br><br>Hon. Lucy H. Koh |

Pursuant to the Court's Case Management Order (Dkt. 48) and Patent Local Rule ("Patent L.R.") 4-3, Plaintiff Pacific Coast Building Products, Inc. ("Plaintiff" or "Pacific Coast") and Defendants/Counterclaimants CertainTeed Gypsum, Inc. ("CertainTeed") and Saint-Gobain Performance Plastics Corp. ("Saint-Gobain") (collectively, "Defendants") submit the following Joint Claim Construction and Prehearing Statement in advance of the November 29, 2018 claim construction hearing.

## I.  Construction of Terms Agreed by the Parties (Patent L.R. 4-3(a))

The parties have not agreed to the construction of any claim terms, and do not believe that any additional claim terms other than those listed below in Sec. II. need to be construed for the jury. To the extent that the parties form a belief that additional terms should be construed or explained for the benefit of the jury, they will seek to reach agreement regarding the meaning of such terms.

## II.  Proposed Construction and Supporting Intrinsic and Extrinsic Evidence for Each Disputed Term (Patent L.R. 4-3(b))

| Patent / Asserted Claim(s) | Term Or Phrase | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| 8,181,738 Claims 1 and 23 | external surface | The functional surface of the material on the outside of the laminated panel | FIG. 1; Col. 5, ll. 38-62 | Plain and ordinary meaning | '738 patent at: Abstract; 3:39-46; Claims 1, 23 |
| 8,181,738 Claims 1 and 23 | internal surface | The functional surface of the material on the inside of the laminated panel | FIG. 1; Col. 5, ll. 38-62 | Plain and ordinary meaning | '738 patent at: Abstract; 3:39-46; 6:24-27; Claims 1, 23 |
| 9,388,568 Claim 21 | outer, paperclad surface | The face of the gypsum board on the exterior | Abstract; Col. 2, ll. 50-54; Col. 4, ll. | Plain and ordinary meaning | '568 patent at: 3:11-25; 4:31-38; 5:38-41; |

| Patent / Asserted Claim(s) | Term Or Phrase | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | of the laminated structure | 15-21; Col. 4, ll. 29-31<br><br>Videos: "How to Cut and Hang Drywall _ Beginners Guaranteed Great Results" (PC004609); "Complete Drywall Installation Guide Part 3 Measuring And Cutting Techniques" (PC-004607) | | 6:3-6; 6:35-38; 6:44-46; 6:53-56; Claim 21<br><br>'568 patent file history at:<br>• 7/30/2013 Reply to Office Action, pp. 2, 15-16<br>• 2/21/2014 Request for Continued Examination, pp. 2-4, 9-10<br>• 7/15/2014 Response to Non-Final Office Action, pp. 15-19, 21-26<br>• 12/19/2014 Pre-Appeal Brief, pp. 1-5<br>• 5/4/2015 Appeal Brief, pp. 2-11, 13-18<br>• 4/26/2016 Notice of Allowance, pp. 5-6 |
| 9,388,568 Claim 21 | inner surface | The portion of the face of the gypsum board in the interior of the laminated structure that | Abstract; Col. 2, ll. 45 – 63; Col. 6, ll. 3-10; Col. 6, ll. 34-59; FIG. 1; FIG. 2 | Plain and ordinary meaning | See evidence cited above for the claim term "outer, paperclad surface" |

| Patent / Asserted Claim(s) | Term Or Phrase | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | when clad provides flexural strength | Brochure (attached as Exhibit C (Dkt. 1-1, pp. 33-53) to the Complaint (Dkt. 1)), *see also* CT-000809 – CT000819 and CT-000822 – CT000833; PowerPoint presentation (PC-004608) | | |
| 9,388,568 Claim 21 | a scored flexural strength of the laminated structure is about 22 pounds per ½ inch thickness of the structure | The flexural strength of the laminated panel after the outer, paper-clad surface of one of the first and second gypsum boards has been scored is about 22 pounds per ½" thickness | Claim language; Col. 2, ll. 45 – 62;  Col. 6, ll. 35-59; Col. 6, l. 60 – Col. 7, l. 4; Col. 7, ll. 46-51

Videos: "How to Cut and Hang Drywall _ Beginners Guaranteed Great Results" (PC004609); "Complete Drywall Installation | Indefinite | '568 patent at: 1:59-2:24; 2:45-62; 3:11-25; 3:47-52; 6:35-7:4; 7:46-51; Figs. 3, 4; claim 21

'568 patent file history at:
• 7/15/2014 Response to Non-Final Office Action, pp. 16-17, 23, 25-26
• 5/4/2015 Appeal Brief, pp. 8, 14-15, 17-18
Extrinsic Evidence: |

| Patent / Asserted Claim(s) | Term Or Phrase | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | | Guide Part 3 Measuring And Cutting Techniques" (PC-004607); ASTM standard (PC-001375 – PC-001392); Brochure (attached as Exhibit C (Dkt. 1-1, pp. 33-53) to the Complaint (Dkt. 1)), *see also* CT-000809 – CT000819 and CT-000822 – CT000833; Declaration testimony of Mr. Matthew Risinger, attached as Exhibit A to this Patent L.R. 4-3 filing. | | • PA000378–540  Declaration testimony of Dr. D. Paul Miller, attached as Exhibit B to this Patent L.R. 4-3 filing. |
| 9,388,568 Claim 21 | the scored flexural strength being the flexural strength of the | Plain and ordinary meaning | See evidence cited above for the claim term "a scored flexural strength of | Indefinite | See evidence cited above for the claim term "a scored flexural strength of the |

| Patent / Asserted Claim(s) | Term Or Phrase | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | laminated structure after the outer, paper-clad surface of one of the first and second gypsum boards has been scored | | the laminated structure is about 22 pounds per ½ inch thickness of the structure" | | laminated structure is about 22 pounds per ½ inch thickness of the structure" |

## III. Identification of Terms Which are Most Significant to the Resolution of the Case (Patent L.R. 4-3(c))

The parties agree that the six disputed claim terms are the most significant to the resolution of the case.

The parties believe that if the Court finds that the two "flexural strength" terms from the '568 Patent are indefinite, then those terms would be claim dispositive for the '568 Patent. To the extent the Court finds that the two terms are not indefinite and provides a construction, then those terms would not be claim dispositive for the '568 Patent.

## IV. Anticipated Length of Time for the Claim Construction Hearing (Patent L.R. 4-3(d))

### A. Plaintiff

Plaintiff believes 3 hours total for the claim construction hearing is appropriate broken into 1.5 hours per side. The 1.5 hours per side is sufficient to allow for any expected expert testimony.

### B. Defendants

Defendants believe 2 hours total for the claim construction hearing is appropriate, divided 1 hour per side, and Defendants do not believe there is a need for live or video expert testimony at the claim construction hearing.

## V. Potential Witnesses Who May Be Called at the Claim Construction Hearing (Patent L.R. 4-3(e))

### A. Plaintiff

Plaintiff may offer expert testimony (either through declaration or at the claim construction hearing live or through video) from Matt Risinger, who is an expert in construction and drywall installation. Mr. Risinger may testify as to how certain claim limitations would be understood by one of ordinary skill in the art at the time of the invention in light of the patent's specification, figures and claims, as well as the intrinsic and extrinsic evidence, as well as offering any opinion or testimony useful to or authorized by the Court in conducting the requisite claim construction.

### B. Defendants

Defendants do not believe that it is necessary to present live or video witness testimony at the Claim Construction Hearing, but would be happy to make available Dr. D. Paul Miller upon request by the Court. To the extent that Dr. Miller is called to testify at the Claim Construction Hearing, a summary of his testimony (including each opinion to be offered related to claim construction) is attached as Exhibit B to this Patent L.R. 4-3 filing.

## VI. Identification of Factual Findings Requested from the Court Related to Claim Construction (Patent L.R. 4-3(f))

The parties do not request any factual findings related to claim construction from the Court.

Dated: August 17, 2018           Respectfully submitted,

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | LATHAM & WATKINS LLP |
| */s/ Jason E. Mueller* <br> Jason E. Mueller | */s/ Richard G. Frenkel* <br> Richard G. Frenkel |
| Attorneys for Plaintiff and Counterdefendant PACIFIC COAST BUILDING PRODUCTS, INC. | Attorneys for Defendants CERTAINTEED GYPSUM, INC. AND SAINT-GOBAIN PERFORMANCE PLASTICS CORP. |

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Jason E. Mueller, attest that concurrence in the filing of this document has been obtained from each of the other signatories, as indicated by a "confirmed" signature (/S/) within the e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 17, 2018         */s/ Jason E. Mueller*
                                Jason E. Mueller