| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* || **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐       NO ☐ |
|---|---|---|---|
| 1. CASE NAME<br>Pacific Coast Building Products, Inc. v. CertainTeed Gypsum, Inc. and Saint-Gobain Performance Plastics Corp. | 2. CASE NUMBER<br>5:18-cv-00346-LHK | 3. DATE JUDGMENT ENTERED<br>January 9, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Pacific Coast Building Products, Inc. |
| 5. NAME OF CLAIMING PARTY<br>CertainTeed Gypsum, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Richard G. Frenkel || 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                            (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** ||||||
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 0.00 | | | | |
| Service of Process, Civil LR 54-3(a)(2) | 0.00 | | | | |
| **b. REPORTERS' TRANSCRIPTS** ||||||
| Transcripts for appeal, Civil LR 54-3(b)(1) | 456.75 | - Declaration of R. Frenkel, Ex. 1 (Transcript for Markman Hearing, U.S. Dist. Ct. for N.D. Cal., Invoice No. 20182488.  This invoice is for the transcript for the November 29, 2018 Claim Construction Hearing before Judge Koh.  This transcript is necessary for appeal, as Pacific Coast stipulated to Judgment of invalidity of the '568 patent "for the express purpose of obtaining appellate review of this claim construction" regarding the "scored flexural strength" terms from claim 21 of the '568 patent.  (D.I. 119 at 1.)) | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | 0.00 | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 0.00 | | | | |
| **c. DEPOSITIONS** ||||||
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 1075.00 | - Declaration of R. Frenkel, Exs. 2, 3 (Planet Depos Invoice No. 238678 and email with Planet Depos regarding estimates.  This invoice is for the deposition transcript of Dr. Miller, whose declaration, submitted pursuant to | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Patent L.R. 4-3 (ECF No. 75-2), addressed the indefiniteness of the "scored flexural strength." Although CertainTeed ordered an expedited copy of this transcript, CertainTeed claims only $1,075.00, which is the estimated cost of the regular delivery transcript (*see* Ex. 3). | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | 0.00 | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | 0.00 | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | 0.00 | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 3004.92 | - For all of the invoices in this category, CertainTeed claims only half of the invoiced costs because CertainTeed is seeking costs only with respect to one of two patents-in-suit and at least a majority of costs relate to this patent-in-suit.  With respect to the other patent-in-suit for which CertainTeed is not claiming costs, the parties stipulated that each party will bear its own costs. *Compare* ECF No. 119 *with* ECF No. 118.<br>- Declaration of R. Frenkel, Ex. 4 (Advanced Discovery Invoice No. AD65464.  CertainTeed claims  only half of the costs for Selective Image Creation on this invoice (i.e., $38.75).)<br>- Declaration of R. Frenkel, Ex. 5 (Advanced Discovery Invoice No. AD64270.  CertainTeed claims only half of the costs for Selective Image Creation and Optical Character Recognition on this invoice (i.e., $979.34).)<br>- Declaration of R. Frenkel, Ex. 6 (Advanced Discovery Invoice No. AD63400.  CertainTeed claims only half of the costs for Selective Image Creation, Optical Character Recognition, Scanning – Glass Work, Scanning – Heavy Litigation, and Scanning – color 8.5x11 on this invoice (i.e., $1,727.33).)<br>- Declaration of R. Frenkel, Ex. 7 (Advanced Discovery Invoice No. AD62344.  CertainTeed claims only half of the costs for Selective Image Creation and Optical Character Recognition on this invoice (i.e., $67.56).)<br>- Declaration of R. Frenkel, Ex. 8 (Advanced Discovery Invoice No. | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | B228356.  CertainTeed claims only half of the costs for Selective Image Creation on this invoice (i.e., $85.00).) <br> - Declaration of R. Frenkel, Ex. 9 (Advanced Discovery Invoice No. B227396.  CertainTeed claims only half of the costs for Selective Image Creation on this invoice (i.e., $91.00).) <br> - Declaration of R. Frenkel, Ex. 10 (Advanced Discovery Invoice No. B214821.  CertainTeed claims only half of the costs for Selective Image Creation and Optical Character Recognition on this invoice (i.e., $15.94).) | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 0.00 | | | | |
| Visual aids, Civil LR 54(d)(5) | 22482.25 | - Declaration of R. Frenkel, Ex. 11 (Intellectual Property Demonstratives Inc., Invoice No. 959.  All of the work covered in this invoice was for preparation of graphics that were used in Dr. Miller's declaration submitted pursuant to Patent L.R. 4-3 (ECF No. 75-2), which addressed the indefiniteness of the "scored flexural strength" terms and which was cited throughout the Court's claim construction order (ECF No. 100).  CertainTeed claims  only costs of $7,175.00 from this invoice, which removes $1,750.00 in travel costs from the total invoice amount.) <br> -  Declaration of R. Frenkel, Ex. 12 (Intellectual Property Demonstratives Inc., Invoice No. 985.  All of the work covered in this invoice was for preparation of graphics that were used CertainTeed's Responsive Claim Construction Brief (ECF No. 82), which addressed the indefiniteness of the "scored flexural strength" terms.  CertainTeed claims costs of $2,450.00 from this invoice.) <br> -  Declaration of R. Frenkel, Ex. 13 (Intellectual Property Demonstratives Inc., Invoice No. 1000.  The work covered in this invoice was for preparation and presentation of graphics that were used CertainTeed's slide presentation at the Claim Construction Hearing (slides submitted as ECF No. 101-1).  CertainTeed claims only costs of $12,857.25.00 from this invoice.  First, CertainTeed removed $1,837.50 in travel costs from this invoice.  Second, CertainTeed claims 93% of the remaining | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | costs of $14,525.00 because 93% of the slides in the presentation (i.e., 65/70 slides) address claim terms from the '568 patent.) | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | 0.00 | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | 0.00 | | | | |
| Court-appointed experts, 28 USC § 1920(6) | 0.00 | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | 0.00 | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | 0.00 | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | 0.00 | | | | |
| TOTAL AMOUNT | $27,018.92 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:
Full costs (100%) are claimed where the costs can be specifically attributed to invalidation of the '568 patent, one of two patents-in-suit. Where the invoices do not make clear that the costs are attributable to only the '568 patent (as opposed to both patents), CertainTeed claims only 50% of each such cost. For CertainTeed's Markman slides, 93% of costs are claimed because 93% of said slides (65/70, see D.I. 101-1) relate to claim terms in the '568 patent.

| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party:**<br><br>SIGNATURE: /s/ Richard G. Frenkel                              DATE: January 23, 2019 | 11. Costs are taxed in the amount of                              and included in the judgment.<br><br>Susan Y. Soong<br>Clerk of Court<br><br>BY:                              , Deputy Clerk        DATE: |
|---|---|

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | TOTAL WITNESS FEES/EXPENSES |  | $ | 0.00 |