# EXHIBIT A

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM&WATKINS LLP

July 28, 2017

**VIA EMAIL**

Jason Mueller
Locke Lord LLP
2200 Ross Ave., Suite 280
Dallas, TX 75201
T: (214) 740-8844
E: jmueller@lockelord.com

Re: *Pacific Coast Building Products, Inc. v CertainTeed Gypsum, Inc., et al.*,
Case No. 5:17-cv-01116-LHK (N.D. Cal.)

Dear Jason:

I write regarding Pacific Coast's First Amended Complaint, filed on April 21, 2017 and Pacific Coast's Infringement Contentions, served on July 12, 2017.  These documents allege that CertainTeed Gypsum infringes claims 1, 3, 23, and 25 of U.S. Patent No. 8,181,738 ("the '738 patent") and Saint-Gobain Performance Plastics infringes claims 1 and 23 of the '738 patent.  Among other defenses, all four of these asserted claims are invalid at least under 35 U.S.C. § 103 and/or § 102.  The Complaint and Infringement Contentions also allege that CertainTeed Gypsum infringes claim 21 of U.S. Patent No. 9,388,568 ("the '568 patent").  Among other defenses, CertainTeed Gypsum does not infringe this claim.

As a result, CertainTeed Gypsum and Saint-Gobain Performance Plastics do not infringe any valid claim.  If Pacific Coast maintains this case, CertainTeed Gypsum and Saint-Gobain Performance Plastics intend to seek reimbursement of their fees and costs.

**Invalidity of U.S. Patent No. 8,181,738**

Among other defenses, all four of the asserted claims of the '738 patent are anticipated by, and would have been obvious in light of, at least U.S. Patent Publication 2005/0050846 ("Surace").  Surace published on March 10, 2005, more than five years before the priority date identified by Pacific Coast and more than two years before the earliest possible priority date for the '738 patent.  Pacific Coast also should have been aware of Surace because both this patent application and the '738 patent were assigned to Pacific Coast's predecessor-in-interest, Serious Energy, Inc., and Mr. Surace is listed as an inventor on both.

Surace discloses every limitation of the asserted claims of the '738 patent as follows.

Jason Mueller
July 28, 2017
Page 2

LATHAM&WATKINS LLP

Claim 1 of the '738 patent recites:

> A laminated panel comprising:
>
> a first layer of material having an external surface and an internal surface;
>
> a second layer of material having an external surface and an internal surface;
>
> a layer of viscoelastic glue in contact with the internal surface of said first layer of material and with the internal surface of said second layer of material, thereby to bond together the first layer of material and the second layer of material, said viscoelastic glue having an acrylic polymer in a selected concentration between about 10% and about 60% by weight of acrylic polymer; further wherein
>
> the viscoelastic glue has a glass transition temperature less than room temperature.

Claim 3 of the '738 patent, which depends from claim 1, recites:

> The laminated panel of claim 1 wherein said selected concentration of acrylic polymer is about 40% by weight of said viscoelastic glue.

Surace discloses an identical panel. For example, claim 40 of Surace states:

> A laminar, sound-absorbing structure which comprises:
>
> a layer of first material having two surfaces;
>
> a layer of viscoelastic glue on one surface of said layer of first material; and
>
> a layer of second material over said viscoelastic glue.

Just like claim 1 of the '738 patent, Surace's claim 40 discloses a first layer of material, a second layer of material, and a layer of viscoelastic glue in contact with each layer.

Surace also discloses the "viscoelastic glue having an acrylic polymer in a selected concentration between about 10% and about 60% by weight of acrylic polymer" in claim 1 of the '738 patent and dependent claim 3's concentration of acrylic polymer of "about 40% by weight of said viscoelastic glue." Surace Table 1 specifies that its "viscoelastic glue" (i.e., QuietGlue) has a minimum of 33% and maximum of 65% by weight acrylate polymer. Also, both Surace and the '738 patent describe the same glue product as an example of the claimed "viscoelastic glue" (i.e., QuietGlue). *See* '738 patent, Table 1 & 8:44–45; Surace, Table 1 & ¶ 19.

Surace also discloses "the viscoelastic glue has a glass transition temperature less than room temperature" in claim 1 of the '738 patent. Surace and the '738 patent use nearly identical words to explain that QuietGlue has a glass transition temperature less than room temperature:

| '738 Patent at 8:48–51 | Surace at ¶¶ 20–21 |
|---|---|
| "The physical solid-state characteristics of QuietGlue® adhesive include:<br>1) a broad glass transition temperature below room temperature;" | "The physical solid-state characteristics of Quiet-Glue include:<br>1) a broad glass transition temperature below room temperature;" |

Thus, Surace anticipates or renders obvious claims 1 and 3 of the '738 patent.

The same analysis applies to asserted claims 23 and 25 of the '738 patent. Claims 23 and 25 of the '738 patent merely recite methods for making the laminated panels recited in claims 1 and 3 of the '738 patent, respectively. Surace discloses methods for making these laminated panels. *See* Surace at ¶¶ 19–30 and claim 16. Claim charts identifying the disclosure in Surace of each limitation of the asserted claims are provided at the end of this letter.

### Non-Infringement of U.S. Patent No. 9,388,568

Pacific Coast accuses CertainTeed Gypsum's 5/8" SilentFX® QuickCut product of infringing claim 21 of the '568 patent. The 5/8" SilentFX® QuickCut product does not infringe claim 21 for at least two reasons. First, the QuickCut product does not meet the limitation that "the entire inner surface of the [first and second] gypsum board is unclad." Due to the manufacturing process used to create the products, there is paper cladding on at least a portion of the inner surface of the gypsum cores. Rather than basing its claims on CertainTeed Gypsum's actual product, Pacific Coast has relied solely on simplified, marketing materials. Second, the claimed feature of "a scored flexural strength of the laminated structure [that] is about 22 pounds per ½ inch thickness of the structure," is indefinite and / or not infringed by CertainTeed Gypsum's product. Pacific Coast has provided no support for or even a description of the "internal test results performed by Dr. Sunder Ram" that it alleges demonstrate the 22 pounds per ½ inch thickness limitation is met.

### Conclusion

CertainTeed Gypsum and Saint-Gobain Performance Plastics do not infringe any valid claim of the asserted patents and do not believe that Pacific Coast should maintain this meritless case. If Pacific Coast maintains this case with regard to either patent, CertainTeed Gypsum and Saint-Gobain Performance Plastics intend to pursue reimbursement for their fees and costs.

We look forward to receiving your response.

Regards,

*s/ Matthew J. Moore*

Matthew J. Moore
of LATHAM & WATKINS LLP

Enclosure
cc:    Service list

**Exhibit A**

| Claim | Claim Limitation | Prior Art Disclosure |
|---|---|---|
| 1 | A laminated panel comprising: | "A laminar, sound-absorbing structure" (U.S. Patent Publication 2005/0050846, claim 40) |
| | a first layer of material having an external surface and an internal surface; | "a layer of first material having two surfaces" (*Id.* at claim 40) |
| | a second layer of material having an external surface and an internal surface; | "a layer of a second material" (*Id.* at claim 40) |
| | a layer of viscoelastic glue in contact with the internal surface of said first layer of material and with the internal surface of said second layer of material, thereby to bond together the first layer of material and the second layer of material, said viscoelastic glue having an acrylic polymer in a selected concentration between about 10% and about 60% by weight of acrylic polymer; further wherein | "a layer of viscoelastic glue on one surface of said layer of first material; and a layer of a second material over said viscoelastic glue" (*Id.* at claim 40) "Glue 12, made of a unique viscoelastic polymer . . . is made of the materials set forth in TABLE 1 . . . <br><br>WEIGHT % <br>Components — Min — Max <br>acetaldehyde — 0.00001% — 0.00010% <br>acrylate polymer — 33.00000% — 65.00000% <br>acrylonitrile — 0.00001% — 0.00100% <br><br>(*Id.* at ¶ 19 & Table 1) |
| | the viscoelastic glue has a glass transition temperature less than room temperature. | "The physical solid-state characteristics of Quiet-Glue include:<br>1) a broad glass transition temperature below room temperature"<br>(*Id.* at ¶¶ 20–21) |
| 3 | The laminated panel of claim 1 wherein said selected concentration of acrylic polymer is about 40% by weight of said viscoelastic glue. | "Glue 12, made of a unique viscoelastic polymer . . . is made of the materials set forth in TABLE 1 . . . |

| Claim | Claim Limitation | Prior Art Disclosure |
|---|---|---|
| | | <table><tr><th>Components</th><th colspan="2">WEIGHT %</th></tr><tr><th></th><th>Min</th><th>Max</th></tr><tr><td>acetaldehyde</td><td>0.00001%</td><td>0.00010%</td></tr><tr><td>acrylate polymer</td><td>33.00000%</td><td>65.00000%</td></tr><tr><td>acrylonitrile</td><td>0.00001%</td><td>0.00100%</td></tr></table> (*Id.* at ¶ 19 & Table 1) |
| 23 | A method of forming a laminated panel, said method comprising: | "The method of forming a laminar structure" (*Id.* at claim 16) "A laminar, sound-absorbing structure" (*Id.* at claim 40) |
| | forming a first layer of material having an external surface and an internal surface; | "providing a layer of first material having two surfaces" (*Id.* at claim 16) "a layer of first material having two surfaces" (*Id.* at claim 40) |
| | forming a second layer of material having an external surface and an internal surface; and | "placing a layer of a second material over said viscoelastic glue" (*Id.* at claim 16) "a layer of second material over said viscoelastic glue" (*Id.* at claim 40) |
| | placing a layer of viscoelastic glue in contact with the internal surface of said first layer of material and with the internal surface of said second layer of material, thereby to bond together the first layer of material and the second layer of material, said layer of viscoelastic glue having an acrylic polymer in a selected concentration between about 10% and | "placing a layer of viscoelastic glue onto one surface of said layer of first material; placing a layer of second material over said viscoelastic glue" (*Id.* at claim 16) "a layer of viscoelastic glue on one surface of said layer of first material; and a layer of a second material over said viscoelastic glue" (*Id.* at claim 40) "Glue 12, made of a unique viscoelastic polymer . . . is made of the materials set forth in TABLE 1 . . . |

**LATHAM & WATKINS** LLP

| Claim | Claim Limitation | Prior Art Disclosure |
|---|---|---|
|  | about 60% by weight of acrylic polymer; wherein | <br>WEIGHT %<br>Components — Min — Max<br>acetaldehyde — 0.00001% — 0.00010%<br>acrylate polymer — 33.00000% — 65.00000%<br>acrylonitrile — 0.00001% — 0.00100%<br><br>(*Id.* at ¶ 19 & Table 1) |
|  | the viscoelastic glue has a glass transition temperature less than room temperature. | "The physical solid-state characteristics of Quiet-Glue include:<br>1) a broad glass transition temperature below room temperature"<br><br>(*Id.* at ¶¶ 20–21) |
| 25 | The method of claim 23 wherein said selected concentration of acrylic polymer is about 40% by weight of said viscoelastic glue. | "Glue 12, made of a unique viscoelastic polymer . . . is made of the materials set forth in TABLE 1 . . .<br><br>WEIGHT %<br>Components — Min — Max<br>acetaldehyde — 0.00001% — 0.00010%<br>acrylate polymer — 33.00000% — 65.00000%<br>acrylonitrile — 0.00001% — 0.00100%<br><br>(*Id.* at ¶ 19 & Table 1) |