Jason E. Mueller (*pro hac vice*)
JMueller@SheppardMullin.com
Galyn D. Gafford (*pro hac vice*)
GGafford@SheppardMullin.com
Robert E. Hough, II (*pro hac vice*)
RHough@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX  75201-6776
Telephone:     (469) 391-7400
Facsimile:      (469) 391-7401

Yasamin Parsafar (State Bar No. 287617)
YParsafar@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947

Attorneys for Plaintiff and Counter-defendant
PACIFIC COAST BUILDING PRODUCTS, INC.

LATHAM & WATKINS LLP
Richard G. Frenkel (Bar No. 204133)
 rick.frenkel@lw.com
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Matthew J. Moore (*pro hac vice*)
 matthew.moore@lw.com
Adam M. Greenfield (*pro hac vice*)
 adam.greenfield@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
 rebecca.rabenstein@lw.com
Abigail A. Rives (*pro hac vice*)
 abigail.rives@lw.com
Diane E. Ghrist (Bar No. 300487)
 diane.ghrist@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendants CertainTeed Gypsum, Inc. and Saint-Gobain Performance Plastics Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Pacific Coast Building Products, Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CertainTeed Gypsum, Inc. and Saint-Gobain Performance Plastics Corp., <br><br> Defendants/Counterclaimants. | CASE NO. 5:18-CV-00346-LHK <br><br> **JOINT SETTLEMENT STATUS REPORT** |

The parties respectfully submit this Joint Settlement Status Report pursuant to the Court's Order Referring Parties to Magistrate Judge Settlement Conference. ECF No. 133 (Feb. 21, 2019).

The parties submitted settlement conference statements to Judge Cousins, who held a settlement conference on May 2, 2019. Lead outside counsel, in-house counsel, and a business representative attended in-person on behalf of each party. Magistrate Judge Cousins held a telephonic settlement session the next day and directed the parties to submit a joint settlement status report to him by May 15, 2019. The parties did not reach a settlement, and although both parties have conveyed their commitment to continue settlement discussions with Magistrate Judge Cousins, no subsequent settlement conference is currently scheduled.

**CertainTeed's Statement**

CertainTeed remains willing to engage in a productive settlement conference with Judge Cousins. CertainTeed made an offer at the last settlement conference. CertainTeed has not received a counteroffer to that proposal. On Friday, May 10, CertainTeed received a request from Pacific Coast for more financial information. While CertainTeed believes that Pacific Coast has sufficient information, CertainTeed is willing to provide supplemental information under the protective order in the litigation.

**Pacific Coast's Statement**

Pacific Coast remains willing to engage in a settlement discussions with CertainTeed, and is willing to continue the settlement conference with Judge Cousins, but cannot do so blindly. In order to reasonably assess CertainTeed's settlement proposal, Pacific Coast needs financial information which CertainTeed has refused to provide to Pacific Coast. CertainTeed's limited production of financial information under the protective order is designated for review by outside counsel only, and thus cannot be provided to Pacific Coast. It is also out of date, as it was produced nearly a year ago and has not been supplemented.

| | | |
|---|---|---|
|1| Dated: May 15, 2019 | Respectfully submitted, |

PACIFIC COAST BUILDING PRODUCTS, INC.

CERTAINTEED GYPSUM, INC., and SAINT-GOBAIN PERFORMANCE PLASTICS CORP.

*/s/ Jason E. Mueller*
Jason E. Mueller (*pro hac vice*)
JMueller@SheppardMullin.com
Galyn D. Gafford (*pro hac vice*)
GGafford@SheppardMullin.com
Robert E. Hough, II (*pro hac vice*)
RHough@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX  75201-6776
Telephone:      (469) 391-7400
Facsimile:       (469) 391-7401

Yasamin Parsafar (State Bar No. 287617)
YParsafar@SheppardMullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947

*/s/ Richard G. Frenkel*
Richard G. Frenkel (Bar No. 204133)
 rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
T: (650) 328-4600; F: (650) 463-2600

Matthew J. Moore (*pro hac vice*)
 matthew.moore@lw.com
Adam M. Greenfield (*pro hac vice*)
 adam.greenfield@lw.com
Rebecca L. Rabenstein (*pro hac vice*)
 rebecca.rabenstein@lw.com
Abigail A. Rives (*pro hac vice*)
 abigail.rives@lw.com
Diane E. Ghrist (Bar No. 300487)
 diane.ghrist@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
T: (202) 637-2200; F: (202) 637-2201

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 15, 2019            */s/ Jason E. Mueller*
                               [[Jason E. Mueller]]