United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAINTEED GYPSUM, INC., et al., <br><br> Defendants. | Case No. 18-CV-00346-LHK <br><br> **ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES** <br><br> Re: Dkt. No. 121 |

On November 29, 2018, the Court issued its claim construction ruling in the instant case

and construed the disputed terms of U.S. Patent Nos. 8,181,738 ("the '738 Patent") and 9,388,568

("the '568 Patent"). ECF No. 100 ("Claim Construction Order"). In its order, the Court construed

the term "a scored flexural strength of the laminated structure is about 22 pounds per ½ inch

thickness of the structure" in the '568 Patent as indefinite. *Id.* at 24. The Court also construed the

term "the scored flexural strength being the flexural strength of the laminated structure after the

outer, paper-clad surface of one of the first and second gypsum boards has been scored" in the

'568 Patent as indefinite. *Id.* On December 11, 2018, the Court denied Plaintiff's motion for leave

to file a motion for reconsideration of the Court's Claim Construction Order. ECF No. 109.

On January 9, 2019, the Court granted the parties' stipulation and order of dismissal

1

Case No. 18-CV-00346-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES

United States District Court
Northern District of California

1   regarding the '738 Patent. ECF No. 118. On January 9, 2019, the Court granted the parties'

2   stipulation and order of dismissal regarding the '568 Patent and entered judgment. ECF No. 119.

3       On January 23, 2019, Defendants filed their bill of costs and the instant motion for

4   attorneys' fees. *See* ECF No. 120 ("Bill of Costs"); ECF No. 121 ("Mot."). On February 6, 2019,

5   Plaintiff filed their objections to the Bill of Costs and their opposition to the instant motion. ECF

6   No. 122 ("Objections"); ECF No. 123 ("Opp'n").

7       On February 11, 2019, Plaintiff filed its notice of appeal to the United States Court of

8   Appeals for the Federal Circuit. ECF No. 129 ("Notice of Appeal").

9       The Court DENIES without prejudice Defendants' instant motion for attorneys' fees. The

10   Court finds it premature to make any decision on attorneys' fees while the case is pending before

11   the Federal Circuit. Therefore, the Court grants Defendants leave to renew their motion after any

12   decision from the Federal Circuit, if appropriate at that time.

13   **IT IS SO ORDERED.**

14

15   Dated: May 17, 2019

16                                   *Lucy H. Koh*

17                                 LUCY H. KOH
                              United States District Judge

2

Case No. 18-CV-00346-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES